**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

APR 2 4 2009

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:09mj _187_ |
| | ) | |
| v. | ) | |
| | ) | |
| MEGAN E. PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, MEGAN E. PRICE, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia, is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

On or about March 19, 2009, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and being a place within the special territorial jurisdiction of the United States and this Court, defendant, MEGAN E. PRICE, was found operating a motor vehicle on a highway in Virginia, after his license and privilege to operate a motor vehicle had been suspended and revoked.

1

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-301.)

## COUNT TWO

On or about March 19, 2009, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and being a place within the special territorial jurisdiction of the United States and this Court, defendant, MEGAN E. PRICE, did unlawfully operate a motor vehicle with a defective brake light.

(In violation of 32 C.F.R. § 634.25(f) assimilating the 1950 Code of Virginia, as amended, Section 46.2-1014.)

## COUNT THREE

On or about March 19, 2009, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and being a place within the special territorial jurisdiction of the United States and this Court, defendant, MEGAN E. PRICE, did fail to provide proof of financial responsibility while operating a motor vehicle, to wit: an insurance policy certifying that there is in effect a motor vehicle liability policy on the operated motor vehicle.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-707.)

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: _Sara E Chase_

Sara E. Chase
Assistant United States Attorney

2