IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.  09MJ00187

MEGAN PRICE

**MAY - 5 2009**

**O R D E R**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon the United States Attorney for the Eastern District of Virginia hereby dismisses

the **CRIMINAL INFORMATION** against the defendant, **MEGAN PRICE.**

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By_____
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date: **MAY - 5 2009**

_____/s/_____
M. Hannah Lauck
United States Magistrate Judge
U. S. MAGISTRATE JUDGE